UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORIDA INDEPENDENT COLLEGES AND UNIVERSITIES RISK MANAGEMENT ASSOCIATION, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA and THE INTERNAL REVENUE SERVICE,<br><br>    Defendants. | Civil No. 09-1930 (RCL) |

## ORDER

Before the Court are the parties' cross-motions for summary judgment [16] [17]. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**. Judgment shall be entered for the defendants, dismissing this case with prejudice.

**SO ORDERED.**


Signed by Royce C. Lamberth, Chief Judge, on March 22, 2012.